AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Brian A. Bash, Chapter 7 Trustee, *Plaintiff* v. Textron Financial Corporation, *Defendant* | Civil Action No. 1:12CV987 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Textron Financial Corporation recover costs from the plaintiff *(name)* Brian A. Bash, Chapter 7 Trustee.

☐ other:
_____.

This action was *(check one)*:

☑ tried by a jury with Chief Judge Patricia A. Gaughan presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for
_____.

Date: March 10, 2020

*CLERK OF COURT*, Sandy Opacich

By: /s/ Stella Leno-Clifford
*Signature of Clerk or Deputy Clerk*